

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00931-CR

MELISSA DROMGOOLE, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from County Criminal Court at Law No. 1 of Harris County. (Tr. Ct. No. No. No. 1840727).

 This Court today considered a motion for rehearing filed by appellant, Melissa Dromgoole. We order that the motion be **denied**, that this Court's former judgment of June 4, 2015, be **vacated, set aside, and annulled**, and that this Court's opinion of June 4, 2015, be **withdrawn**.

 This case is an appeal from the final judgment signed by the trial court on October 11, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the portion of the trial court's judgment finding that the State's enhancement paragraph was "n/a." Accordingly, the Court **modifies** the trial court's judgment, finding that the State's enhancement paragraph was true.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the trial court's judgment **as herein modified**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 23, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Higley.